DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
Raul Ortiz Vera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-031 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| RAUL ORTIZ VERA, | ) | Date: March 9, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for February 23, 2007 at 9:00 AM be vacated and a new date of March 9, 2007 at 9:00 AM be set for status.  Mr. Vera was arraigned on the indictment in this case approximately three weeks ago.  The government has provided a proposed plea agreement and is expected to provide additional discovery.  The defense needs time to review discovery and perform investigation.

It is further stipulated and agreed between the parties that the period beginning February 23, 2007 and ending March 9, 2007, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: February 21, 2007            /s/ Ned Smock
                                        Ned Smock
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        RAUL ORTIZ VERA

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: February 21, 2007
                                        /S/ Michelle Rodriguez
                                        Michelle Rodriguez
                                        Assistant U.S. Attorney

                                               **ORDER**

    **IT IS SO ORDERED.**

Dated:  February 22, 2007

                                      GARLAND E. BURRELL, JR.
                                        United States District Judge